UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARCO TORRES,**

       **Plaintiff,**

vs.                                                     Case No. 8:08-CV-1008-T-27TBM

**THE TAMPA POLICE DEPARTMENT,**

       **Defendant.**

_____/

## **ORDER**

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 17) recommending that: Plaintiff's Complaint (Dkt. 1) be dismissed without prejudice, Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) be denied without prejudice, Plaintiff's motion for hearing (Dkt. 3), motion to be present at the hearing (Dkt. 4), and motion for service of process by the United States Marshals Service (Dkt. 11) be denied as moot, and Plaintiff's motion to proceed *pro se* (Dkt. 12) be denied. Plaintiff has filed Objections to the Report and Recommendation (Dkt. 17).

The Magistrate Judge correctly determined that Plaintiff's Complaint, even when liberally construed, fails to state a claim pursuant to Rule 8 of the Federal Rules of Civil Procedure. Accordingly, the Complaint is due to be dismissed with leave to amend. Should Plaintiff file an Amended Complaint, Plaintiff shall adhere to the standards of federal pleading set forth in the Report and Recommendation.

Upon consideration, and after careful consideration of the Report and Recommendation and

Plaintiff's Objections, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects.  Accordingly, it is **ORDERED AND ADJUDGED**:

1) The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

3) Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) is **DENIED** without prejudice.

4) Plaintiff's motion for hearing (Dkt. 3), motion to be present at the hearing (Dkt. 4) and motion for service of process by the United States Marshals Service (Dkt. 11) are **DENIED AS MOOT**.  Plaintiff's motion to proceed *pro se* (Dkt. 12) is **DENIED**.  Plaintiff's motion to accept unauthorized summons form (Dkt. 10) is **DENIED**.

5) Plaintiff shall file an Amended Complaint within **twenty (20) days** of the date of this Order, failing which this case will be dismissed without further notice for failure to prosecute pursuant to Local Rule 3.10.

**DONE AND ORDERED** in chambers on this 11th day of August, 2008.

/s/ James D. Whittemore
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Plaintiff
Counsel of Record